

# NUMBERS 13-21-00314-CR, 13-21-00315-CR, 13-21-00316-CR, 13-21-00317-CR & 13-21-00318-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

THE STATE OF TEXAS,                                                           Appellant,

v.

JUAN MANUEL PEREZ,                                                           Appellee.

## On appeal from the County Court at Law No. 7 of Hidalgo County, Texas.

# ORDER

**Before Chief Justice Contreras and Justices Longoria and Tijerina**
**Order Per Curiam**

This is an appeal by appellant the State of Texas of a final order dismissing with prejudice five misdemeanor complaints against appellee Juan Manuel Perez. Appellee's brief was due to be filed by March 7, 2022. On July 8, 2022, appellee filed (1) a motion

for leave to file an unopposed motion to extend time to file appellee's brief, and (2) the unopposed motion for a sixty-day extension to file appellee's brief.

We GRANT appellee's motion for leave. We GRANT IN PART and DENY IN PART appellee's motion for extension to file appellee's brief. The motion for extension is GRANTED insofar as we will extend appellee's deadline to file his brief until August 8, 2022. The motion is DENIED insofar as we will not extend the filing deadline by the requested sixty days. We ORDER appellee's brief to be filed on or before August 8, 2022. No further extensions of time will be granted.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2 (b).

Delivered and filed on the
11th day of July, 2022.